Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U S DISTRICT COURT

SEP 27
9-27-02

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN AGLER, | CASE NUMBER |
| Plaintiff, | CV 00-12560-DDP(PJW) |
| v. | |
| GIL GARCETTI, et al., | NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| Defendants. | |

TO:    All Parties of Record

Steven Agler
T-16150
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531

ENTER ON ICMS

SEP 30

You are hereby notified that pursuant to the Local Rules Governing Duties of Magistrate Judges, the Magistrate Judge's report and recommendation has been filed on September 27, 2002, a copy of which is attached.

Any party having objections to the report and recommendation shall, not later than **October 17, 2002**, file and serve a written statement of objections with points and authorities in support thereof before the Honorable Patrick J. Walsh, U.S. Magistrate Judge.

Failure to so object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of objections, or upon lapse of the time for filing objections, the case will be submitted to the District Judge for disposition. Following entry of judgment and/or order, all motions or other matters in the case will be considered and determined by the District Judge.

The report and recommendation of a Magistrate Judge is not a final appealable order. A notice of appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until the judgment and/or order by the District Judge has been entered.

CLERK,  UNITED STATES DISTRICT COURT

Dated:  September 27, 2002

BY _____
                    Deputy Clerk

M-51A ( 11/01)          NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION



FILED
CLERK, U S DISTRICT COURT

SEP 27 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVEN AGLER,                          )   No. CV 00-12560-DDP (PJW)
                                       )
                Plaintiff,             )   REPORT AND RECOMMENDATION OF
                                       )   UNITED STATES MAGISTRATE JUDGE
        v.                             )
                                       )
GIL GARCETTI, et al.,                  )
                                       )
                Defendants.            )
_____)

     This Report and Recommendation is submitted to the Hon. Dean D.

Pregerson, United States District Judge, pursuant to 28 U.S.C. § 636

and General Order 01-13 of the United States District Court for the

Central District of California.  For the reasons discussed below, it

is recommended that the Petition be denied and this action be

dismissed.

                                   I.

                        SUMMARY OF PROCEEDINGS

     On November 28, 2000, Plaintiff lodged a civil rights complaint

against then-District Attorney Gil Garcetti and two of his deputies,

two state judges, his criminal defense lawyer, a private investigator,

Los Angeles County Sheriff Baca, and several employees of the county

jail.  After Plaintiff established indigency, the Complaint was filed

1   on March 6, 2001.   In essence, Plaintiff claimed that Defendants had

2   falsely charged Plaintiff with a crime and conspired to have him

3   wrongly convicted.   Plaintiff claimed witnesses lied, the prosecutors

4   refused to produce exculpatory evidence, and the state trial judges

5   participated in the scheme.   According to Plaintiff, he was also

6   discriminated against because he is "white and German."   Complaint at

7   5c.   Plaintiff requested that his criminal proceeding be stayed, he be

8   acquitted of all charges, the District Attorney be barred from further

9   prosecutions against him, he be transferred to federal custody, and he

10  be awarded $10 million in compensatory and $750,000.00 in punitive

11  damages.

12      On July 25, 2001, Plaintiff filed an almost identical civil

13  rights complaint challenging the same state criminal prosecution but

14  adding some additional defendants and additional claims.   *Agler v.*

15  *Garcetti,* CV 01-3255-DDP (JWJ).   On August 28, 2001, Magistrate Judge

16  Jeffrey W. Johnson issued a Report and Recommendation in that case

17  recommending that the Complaint be dismissed because it was barred by

18  *Heck v. Humphrey,* 512 U.S. 477, 486-87 (1994).   Under *Heck,* state

19  prisoners are precluded from challenging their state convictions in a

20  civil rights action unless their conviction is called into question

21  through a successful appeal or the granting of a writ of habeas

22  corpus.   *Id.*   On November 8, 2001, the district court entered an Order

23  adopting the magistrate judge's Report and Recommendation and

24  dismissed Plaintiff's civil rights case.   *Agler v. Garcetti,* CV 01-

25  3255-DDP (JWJ) (Order and Judgment November 8, 2001).

26      Based on this same reasoning, the instant Complaint must also be

27  dismissed.   Plaintiff cannot challenge his state prosecution and

28  subsequent conviction in a civil rights action in federal court unless

2

he first obtains relief from that conviction through the appellate process or through a habeas corpus petition. *Heck*, 512 U.S. at 486-87. Plaintiff has not done this and, therefore, his Complaint must be dismissed. Further, though this case was filed before CV 01-3255-DDP (JWJ), the district court has already dismissed Plaintiff's complaint in CV 01-3255-DDP (JWJ), which challenges the same state prosecution for the same reasons. Thus, Plaintiff has already adjudicated this claim in this Court and he cannot re-litigate the same claim.

II.

RECOMMENDATION

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) approving and adopting this Report and Recommendation and (2) directing that Judgment be entered denying the instant Petition and dismissing this case.

DATED:    September 26, 2002.

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\Cases-Civil Rights & Misc\AGLER, 12560\R&R.wpd

3